U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 17 2014
LAWRENCE K. BAERMAN, CLERK
ALBANY

Hon. Christian F. Hummel
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, N.Y. 12207

4/14/14

Re: Pozo v. Bascue, et al.
9:13-cv-754(FJS)(CFH)

Dear: Judge Hummel,

Upon the review of the documents disclosed by the defendants, there will be no evidence to support my claim.

Everything from the photographs, to the written reports, were written with lies, aswell as the numerous injuries the plaintiff sustained, were covered up as a simple red mark on the face.

I move to dismiss this claim in its entirety with also, the exception of the dismissal of the filing fee.

Thank you in advance, for all of your time & efforts.

Sincerely: [signature]

CC: K. Pozo

First Class Mail - Douglas J. Goglia
Attorney for the Defendants

Office of the Attorney General
The Capital
Albany, N.Y. 12224-0341

---

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff's request to discontinue this action is Granted. This dismissal is without prejudice with each party to bear its' own costs.
IT IS SO ORDERED.
April 22, 2014

Frederick J. Scullin, Jr.
Senior U.S. District Judge