UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KEVIN POZO,

                                            *Plaintiff,*          **STIPULATION OF**
                                                              **DISCONTINUANCE**

                    -against-
                                                              Civ. No. 9:13-CV-754
BASCUE, et al.,
                                                                  (FJS) (CFH)
                                            *Defendants.*

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

plaintiff *pro se* Kevin Pozo, 05-A-0986, and the attorney for defendants Christopher Bascue,

Joseph Courtright and Jeremy Saunders that, whereas no party hereto is an infant or incompetent

person for whom a committee has been appointed, and no person not a party has an interest in

the subject matter of the action, that the above-captioned action be and the same hereby is

settled, on the particular circumstances of this case, and on the following terms and conditions,

which it is agreed are of, and shall have, no legal precedential value in any other case between

either the parties hereto or any other parties:

1.      · The above-captioned action be, and the same hereby is, discontinued with

prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each

party to bear its own costs and attorney's fees incurred as a result of this action.

2.      Plaintiff discontinues this action with prejudice and without damages, costs,

interest or attorneys fees, and discharges and releases defendants and the State of New York,

including its agencies, subdivisions, employees, private contractors or assignees, of any and all

claims, demands, or causes of actions, known or unknown, now existing or hereafter arising,

whether presently asserted or not, which relate in any way to the subject matter of this action,

and further agrees to discontinue and/or not commence in any court, arbitration or administrative proceeding, any litigation or claims against defendants or against the State of New York, including its agencies, subdivisions, current or former employees, private contractors or assignees relating to or arising out of the facts, circumstances, conditions or incidents that gave rise to the aforementioned action, or any results of the aforementioned facts, circumstances, conditions or incidents.

3.      The foregoing constitutes the entire agreement of the parties.

Dated: Elmira, New York
_August 2nd_, 2014

Kevin Pozo
05-A-0986
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902
*Plaintiff pro se*

Dated: Albany, New York
_August 7_, 2014

ERIC T. SCHNEIDERMAN
Attorney General of the
State of New York

Douglas J. Goglia
Assistant Attorney General
Bar Roll No. 302406
Of Counsel
The Capitol
Albany, New York 12224
Tel: (518) 474-6800
Fax: (518) 473-1572
*Attorney for Defendants*

IT IS SO ORDERED

Dated: Syracuse, New York
             August 7           , 2014

ENTER:

HON. FREDERICK J. SCULLIN, JR.
United States Senior District Court Judge